**Order entered December 30, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00727-CR**

**JUAN FRANCISCO AVILA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F-1958617-H**

**ORDER**

Before the Court is court reporter Marissa Garza's December 29, 2022 request for an extension of time in which to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due **JANUARY 17, 2023**.

/s/    LANA MYERS
JUSTICE